The People of the State of New York ex rel. The New York and West Shore Railroad Company, Appellant, v. John P. Toohey and

others, Assessors, Respondents. — Order granting writ affirmed, with costs. Opinion by Dykman, J.